**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**(Civil Division)**

FILED

FEB 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BARBARA KEMP**
3845 Halley Terrace, S.E.
Washington, D.C. 20032

Plaintiff

**v.**

**UNITED STATES**

**SERVE:**

United States Attorney for the District of Columbia
C/o Civil Process Clerk
Judiciary Center Building
555 4th Street, N.W.
Washington D.C. 20530

Attorney General of the United States
Department of Justice
950 9th Street, N.W.
Washington, D.C. 20001

Director
Federal Bureau of Prisons
320 I Street N.W.
Washington, D.C.20534

Defendants

**Civil Action:**

**No.:** ____________________

JURY ACTION

CASE NUMBER 1:06CV00301

JUDGE: Emmet G. Sullivan

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 02/21/2006

**COMPLAINT**

**(Negligence, Slip and Fall)**

Law Offices of Harold Brazil & Associates, P.C.
1015 18th Street, N.W.
Suite 801
Washington, D.C. 20036
202.429.1727

**COMES NOW** Plaintiff Barbara Kemp, by and through counsel, the Law Offices of Harold Brazil & Associates, P.C., and hereby brings this action for negligence against the United States and alleges as follows:

**PARTIES**

1. Plaintiff Barbara Kemp is on adult resident of the District of Columbia.

2. Defendant is the United States.

3. The Federal Bureau of Prisons is an agency of the United States. It is headquartered in the District of Columbia.

**JURISDICTION**

4. Jurisdiction in the Court is founded upon the Federal Tout Claims Act, 28 U.S.C. § 2671, et seq.

**FACTS**

5. On January 13, 2002, Plaintiff slipped and fell on ice in the handicap area of the parking lot at the FCI Beckley prison facility.

6. At the same time and place, the aforesaid prison and parking lot is owned, operated, and controlled by defendants.

7. In the area of the parking lot where Plaintiff fell, the snow and ice had not been removed, salted or otherwise made safe for prison visitors and guests.

8. Plaintiff was lawfully on Defendant's parking lot when she fell. She was an invitee.

9. There were no warring signs at or near the area where Plaintiff fell.

Law Offices of Harold Brazil & Associates, P.C.
1015 18th Street, N.W.
Suite 801
Washington, D.C. 20036
202. 429.1727

**COUNT I**
(Negligence, Slip and Fall )

10. Plaintiff hereby incorporate by reference paragraphs 1 through 9, as through fully set forth herein, and further alleges as follows:

11. Defendant owed a duty to Plaintiff to keep the parking in a reasonably safe condition.

12. Defendant breached such duty by failing to clear or salt the handicap area and adjacent area of the parking lot. Defendant failed complete to undertake any effort to clear or salt the ice in the handicap and subjacent parking area.

13. Defendant also failed to warn plaintiff and other invitees of the dangerous condition created by the ice and black ice on the parking area where plaintiff fell.

14. Defendant further breached its duty to plaintiff by failing to use reasonable care to clear, remove or attempt to remove or salt or undertake other reasonable measures to clear or salt in the subject parking lot area, on to warn the plaintiff of the dangerous condition of such area.

15. As a direct and proximate result of the negligence acts and/or omissions of Defendant, plaintiff fell and was seriously injured.

16. Plaintiff's injuries include, but are limited to, occult fracture of the left femur; concussion; closed head brain injury; neck and back strain; traumatic injury; and, strain to her knee, hip, shoulder, hand and wrist.

19. As a further direct and proximate result of defendant's negligence plaintiff suffered permanent injuries.

**WHEREFORE**, Plaintiff demands judgment against Defendant in the just amount of Two Hundred and Fifty Thousand dollars ($250,000.00) plus interest and costs.

Law Offices of Harold
Brazil & Associates, P.C.
1015 18th Street, N.W.
Suite 801
Washington, D.C. 20036
202. 429.1727

Respectfully submitted,

Law Offices of Harold Brazil & Associates, P.C.

By: ______________________
Harold Brazil #190124
1828 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 429-1727; Fax (202) 429-1728
brazillaw@msn.com
***Attorney for Plaintiff***

**JURY DEMAND**

Plaintiff requests a trial by jury as to all issues alleged herein.

By: ______________________
Harold Brazil