# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA KEMP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0301 (EGS) |
| ) | |
| UNITED STATES ) | |
| Defendant. ) | |

## PRAECIPE

Defendants respectfully request that the Clerk of the Court enter the appearance of Assistant United States Attorney Wyneva Johnson as counsel for defendant in the above-captioned case.

Respectfully submitted,

WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224