# Declaration of James Hamrick

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA KEMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0301 (EGS) |
| | ) | |
| HARLEY G. LAPIN, Director, | ) | |
| Federal Bureau of Prisons, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF JAMES HAMRICK

I, James Hamrick, hereby declare and state the following:

1. I am the Case Management Coordinator at the Federal Correctional Institution in Beckley, West Virginia. I have held this position since January 29, 2000. I have been employed with the Federal Bureau of Prisons since January 28, 1990

2. On January 13, 2002, at approximately 12:00 p.m., I met with a visitor named Willet Moore who informed me that another visitor, Barbara Kemp, slipped and fell on ice in the parking lot while getting in her vehicle.

3. I walked out to the vehicle with Ms. Moore and observed a patch of snow or ice stretching from the vehicle's passenger side front door to the rear of the passenger side sliding door.

4. When they arrived at the institution for their visit, Ms. Moore said she had warned Ms. Kemp and the others riding with her to be careful because the parking lot was slick. However, Ms. Moore said she failed to inform any BOP staff member regarding the ice in the parking lot.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of March 2005 in Beckley, West Virginia.

*James Hamrick*
Case Management Coordinator
Federal Bureau of Prisons