# Declaration of Wayne Richmond

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA KEMP, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 06-0301 (EGS) |
| HARLEY G. LAPIN, Director,<br>Federal Bureau of Prisons, et al., | ) |
|        Defendants. | ) |

## DECLARATION OF WAYNE RICHMOND

I, Wayne Richmond, hereby declare and state the following:

1. I am the Gardener Worker Supervisor at the Federal Correctional Institution in Beckley, West Virginia (FCI Beckley). I have held this position since August 6, 1995. I have been employed with the Federal Bureau of Prisons since August 6, 1995.

2. When I arrived at work on the morning of January 13, 2002, there was ice forming on the roadways and sidewalks at FCI Beckley.

3. I spread a mixture of roadway salt and #9 abrasive stone on the institution roadways and parking lots. I completed spreading this mixture at approximately 7:45 a.m. I had the sidewalks treated with calcium chloride by 7:30 a.m.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of March 2005 in Beckley, West Virginia.

*Wayne Richmond* (signature)
Wayne Richmond
Gardner Worker Supervisor
Federal Bureau of Prisons