UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA KEMP,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant. | Civil Action No. 06-0301 (EGS) |

### ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss or, in the Alternative, For Summary Judgment, any Opposition thereto, and for good cause shown, it this _____ day of _____, 2006.

ORDERED, that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that this action should be dismissed.

_____                             _____
DATE                                                              UNITED STATES DISTRICT JUDGE

Copies to:

Attorney for Defendant
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530

Attorney for Plaintiff
Harold Edmund Brazil
1828 L Street
Suite 500
Washington, DC 20036