**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BARBARA KEMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-301 (EGS) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on defendant's motion to dismiss the complaint, or in the alternative for summary judgment. Plaintiff, represented by counsel, has had ample time to respond to this motion, but has failed to do so. Therefore, the Court will treat the motion as conceded. *See* Local Civil Rule 7(b). Accordingly, it is hereby

**ORDERED** that defendant's motion to dismiss, or in the alternative for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's claim is **DISMISSED WITH PREJUDICE**; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendant and against plaintiff. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

1

```
Signed by:      EMMET G. SULLIVAN
                UNITED STATES DISTRICT JUDGE
                January 4, 2007
```